IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AUTO TRUCK AND
INDUSTRIAL PARTS AND
SUPPLY, INC., A FLORIDA
CORPORATION,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2141

      Petitioner,

v.

JUNE B. MILLER,

      Respondent.

_____/

Opinion filed July 17, 2014.

Petition for Writ of Certiorari.

Richard M. Colbert, Gulf Breeze, for Petitioner.

Edsel F. Matthews, Jr., Pensacola, for Respondent.

PER CURIAM.

      DISMISSED.  See Pitzer v. Bretey, 95 So. 3d 1005 (Fla. 2d DCA 2012).

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.